CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED,

NOV 2 4 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | | |
|---|---|---|
| **DEBORAH K. BARTLEY,** | ) | |
| | ) | Civil Action No. 5:08cv00089 |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | **By: Samuel G. Wilson** |
| **Commissioner of Social Security,** | ) | **United States District Court** |
| | ) | |
| **Defendant.** | ) | |

This case is before the court on the objection of defendant, Michael J. Astrue, to the Magistrate Judge's report setting forth his proposed findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The court has reviewed pertinent portions of the administrative record, the Magistrate Judge's report, and defendant's objections to that report and the court concludes that the Magistrate Judge's report is correct and accordingly adopts that report.

Accordingly, it is **ORDERED** and **ADJUDGED** that the Commissioner's decision be **REVERSED** and **REMANDED** for the calculation of an award of benefits from December 29, 2003, until July 18, 2005, plaintiff's motion for summary judgment is **GRANTED**, and the defendant's motion for summary judgment is **DENIED**. This case is **ORDERED** stricken from the docket of the court.

**ENTER**: This November 24, 2009.

_____
UNITED STATES DISTRICT JUDGE